# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:18-CR-00124-JDL |
| ) | |
| GREGORY MARTIN, ) | |
|       Defendant ) | |

### REQUEST FOR PROTECTION SUBMITTED BY COUNSEL FOR GREGORY MARTIN

NOW COMES Gregory Martin, by and through his attorney, David Bobrow, with this Request for Protection on hearing dates for January and February for Mr. Martin's Motion to Suppress:

(1) Counsel for Mr. Martin requests protection on the following dates:

    a) January 22-25 perspective trial dates for State v. Matthew Sanchez, Unified Criminal Docket Cumberland;

    b) January 31-family matter trial, Estes v. Provencher, Springvale District Court

    c) February 1 (morning only)- State v. William Droll, Unified Criminal Docket Alfred

    d) February 4 (morning only)- Ford v. State of Maine, Oral Argument, Maine Judicial Supreme Court

    e) February 6- Settlement Conference, Rancatti-Bragg v. Bragg, Springvale District Court

    f) February 7-(morning only)- motion hearing, State v. Kubriana, Unified Criminal Docket Kennebec

    g) February 8-trial, In Re: Harmon, York County Probate Court

h) February 13- trial, In Re: Harmon, York County Probate Court

i) February 14-numerous matters, Unified Criminal Docket Alfred, York District Court

j) February 18-25- travel plans out of country

Dated this 11th day of January, 2019 at Eliot, Maine.

                        Respectfully submitted,

                        /s/ David J. Bobrow
                        On behalf of Gregory Martin

                        BEDARD AND BOBROW, PC
                        9 Bradstreet Lane
                        P.O. Box 366
                        Eliot, ME 03903
                        207.439.4502
                        djblaw@bedardbobrow.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>)<br>GREGORY MARTIN,                    )<br>           Defendant                    )<br>_____) | Crim. No. 2:18-CR-00124-JDL |

## CERTIFICATE OF SERVICE

I, David J. Bobrow, Esq., hereby certify that I have caused to be served via ECF Defendant's Gregory Martin's Request for Protection to:

1. Johnathan Nathans at johnathan.nathans@usdoj.gov.

Dated this 11th day of January 11, 2019 at Eliot, Maine.

    Respectfully submitted,

    David J. Bobrow, Esq.
    Attorney for Gregory Martin
    BEDARD AND BOBROW, PC
    9 Bradstreet Lane
    P.O. Box 366
    Eliot, ME 03903
    207.439.4502
    djblaw@bedardbobrow.com