UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 2:18-cr-00124-JDL
)
GREGORY MARTIN )

## CONDITIONAL PLEA
### (Rule 11(a)(2))

My plea of guilty is conditional in that I reserve the right, on appeal from the judgment herein, to have an appellate court review this court's decision dated June 6, 2019 on my Motion to Suppress.

Date: 7/1/19

Gregory Martin, Defendant

Date: 7/1/19

David J. Bobrow, Esq.
Attorney for Defendant

The government hereby consents to the defendant's conditional plea.

Date: 7/1/19

S.B Nicholas M. Scott - Nicholas M. Scott

Johnathan G. Nathans
Assistant U.S. Attorney

The court hereby approves the defendant's conditional plea.

Date: 7/1/19

Jon D. Levy
United States District Judge