## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 2:18-CR-00124-JDL |
| | ) | 2:20-CV-00405-JDJ |
| | ) | |
| GREGORY MARTIN | ) | |
|     Defendant | ) | |

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
## TO RECONSIDER AND ASSIGNMENT OF COUNSEL

Defendant Gregory Martin has filed a motion asking this Court to reconsider this Court's Order denying the Defendant court appointed counsel to assist him in supplementing his *pro se* § 2255 motion. *See* ECF No. 103 and 107. The Government objects to the Defendant's Motion for the reasons previously stated by this Court in its order dated November 2, 2020. *See* ECF No. 103. This Court should deny the Defendant's motion.

Dated: January 11, 2021

                                                       Respectfully submitted,

                                                       Halsey B. Frank
                                                       United States Attorney

                                                       /s/Johnathan G. Nathans
                                                       Assistant United States Attorney
                                                       United States Attorney's Office
                                                       100 Middle Street, 6th Floor, East Tower
                                                       Portland, Maine 04101
                                                       (207) 780-3257
                                                       Johnathan.Nathans@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2021, I electronically filed Government's Response in Opposition to Defendant's Motion for Reconsideration with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

David Bobrow, Esq.

>Halsey B. Frank
>United States Attorney
>
>/s/Johnathan G. Nathans
>Assistant United States Attorney
>United States Attorney's Office
>100 Middle Street, 6th Floor, East Tower
>Portland, Maine 04101
>(207) 780-3257
>Johnathan.Nathans@usdoj.gov