UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **GREGORY MARTIN**, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:18-cr-000124-JDL-1 |
| | ) | 2:20-cv-000405-JDL |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Respondent. | ) | |

### ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Petitioner Gregory Martin moves pursuant to 28 U.S.C.A. § 2255 (West 2022) to vacate his sentence, withdraw his guilty plea, and reopen the suppression hearing in his case (ECF Nos. 100, 123). United States Magistrate Judge John C. Nivison filed his Recommended Decision on Martin's motion on October 18, 2021 (ECF No. 128), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Rule 8(b) of the Rules Governing Section 2255. The Petitioner filed an objection (ECF No. 129) to the Recommended Decision on November 1, 2021.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record and have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision. I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge (ECF No. 128) is hereby **ACCEPTED**, and the Petitioner's 28 U.S.C.A. § 2255 motions (ECF Nos. 100, 123) are **DISMISSED**.  It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C.A. § 2253(c)(2) (West 2022).

**SO ORDERED.**

**Dated this 24th day of January, 2022.**

                                                              **/s/ JON D. LEVY**
                                            **CHIEF U.S. DISTRICT JUDGE**